IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMELE I. WALTON,

    Plaintiff,                          No. CIV S-05-2246 GEB EFB P

    vs.

SACRAMENTO COUNTY
MAIN JAIL, et al.,

    Defendants.                   ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's June 15, 2007, request is granted and plaintiff has 30 days from the date this order is served to file an opposition to defendants' motion for summary judgment.

    So ordered.

Dated: July 27, 2007.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE