IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMELE I. WALTON,

      Plaintiff,                        2:05-cv-2246-GEB-EFB-P

    vs.

SACRAMENTO COUNTY MAIN JAIL, et al.,

      Defendants.              ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 14, 2008, are adopted in full;

2. Defendants' April 13, 2007, motion for summary judgment is granted;

3. Plaintiff's June 18, 2007, cross-motion for summary judgment is denied;

4. Judgment is entered in favor of defendants Mulherin, Hulsey, Austin and Smith; and

5. The Clerk of the Court is directed to close this case.

Dated:  March 19, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2